# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
## Southern Division

Freddie Garland, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Orlans PC, Linda Orlans, and Alison Orlans,

    Defendants.

Case No. 2:18-cv-11561-DPH-RSW

Honorable Denise Page Hood
Magistrate Judge R. Steven Whalen

## STIPULATED ORDER LIFTING THE STAY AND ESTABLISHING SUPPLEMENTAL BRIEFING SCHEDULE

The Court having entered its November 21, 2018, Order Staying This Case Pending Ruling By The U.S. Supreme Court in *Obduskey v. McCarthy & Holthus LLP;* the United States Supreme Court having issued its decision in *Obduskey* on March 20, 2019; it being appropriate that the stay be lifted and there be supplemental briefing in connection with defendant's pending Motion to Dismiss (DE 7) in light of the Court's *Obduskey* decision; the parties having stipulated to the relief set forth herein; and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that, in light of the Court's *Obduskey* decision:

1.    The STAY ordered by this Court on November 21, 2018 is LIFTED.

2. Defendants shall file on April 24, 2019, a Supplemental Brief in Support of their pending Motion to Dismiss to address the impact on the motion of the *Obduskey* decision, which Supplement shall be no more than 15 pages.

3. Plaintiff shall file on May 15, 2019, his Supplemental Response in Opposition to defendants' Motion to Dismiss to address the impact on the motion of the *Obduskey* decision, which Supplement shall be no more than 18 pages.

4. Defendants shall file on May 29, 2019, their Supplemental Reply Brief in support of their Motion to Dismiss to address the impact on the motion of the *Obduskey* decision, which Reply shall be no more than 5 pages.

5. The Court will address the hearing date in a future scheduling order.

Dated: April 9, 2019

s/Denise Page Hood
Chief Judge, U. S. District Court

**The undersigned stipulate to the entry of the foregoing order:**

| Andrew J. McGuinness (P42074) | I.W. Winsten (P30528) |
|---|---|
| /s/ Andrew J. McGuinness | /s/ I. W. Winsten |
| ANDREW J. MCGUINNESS, ESQ. | HONIGMAN LLP |
| 122 South Main Street | 2290 First National Building |
| Ann Arbor, Michigan 48107 | 660 Woodward Avenue |
| Telephone: (734) 274-9374 | Detroit, MI 48226 |
| drewmcg@topclasslaw.com | Telephone: (313) 465-7000 |
| *Attorney for Plaintiff and the Proposed Class* | iwinsten@honigman.com |
| | *Attorney for Defendants* |