UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDDIE GARLAND, individually
and on behalf of all others similarly
situated,

    Plaintiff,

v.

                                  Civil Action No. 18-11561
                                  HON. DENISE PAGE HOOD

ORLANS PC, LINDA ORLANS,
and ALISON ORLANS,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## MOTION TO DIRECT RULE 26(f) CONFERENCE

On May 17, 2018, Plaintiff filed this proposed class action lawsuit, alleging that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Regulation of Collection Practices Act, M.C.L. § 445.251 *et seq.*, when they mailed one or more similar letters to Plaintiff and others. On September 7, 2018, Plaintiff filed a Motion to Direct Rule 26(f) Conference [ECF No. 17]. Since then, the Court has stayed and reopened the case, and a Motion to Dismiss and two Motions to Strike, and a Motion to Certify Class also remain pending.

Until the Motion to Dismiss, Motions to Strike, and Motion to Certify Class are decided, no discovery will take place in this case. According, the Court DENIES

WITHOUT PREJUDICE the Motion to Direct Rule 26(f) Conference. [ECF No. 17] If necessary, Plaintiff may refile the Motion to Direct Rule 26(f) Conference after the Court issues its order(s) regarding the Motion to Dismiss, the Motions to Strike, and/or the Motion to Certify Class.

    IT IS ORDERED.

Dated: August 8, 2019                              <u>s/Denise Page Hood</u>
                                                      United States District Judge