# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Freddie Garland, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

Orlans PC, Linda Orlans, and Alison
Orlans,

      Defendants.

Case No. 2:18-cv-11561-DPH-RSW

Honorable Denise Page Hood
Magistrate Judge R. Steven Whalen

---

Andrew J. McGuinness, Esq.
Andrew J. McGuinness (P42074)
Suite 118
122 South Main Street
Ann Arbor, Michigan 48107
Telephone: (734) 274-9374
drewmcg@topclasslaw.com


Firebaugh & Andrews PLLC
Samuel G. Firebaugh (P34276)
38545 Ford Road
Suite 104
Westland, Michigan 48185
Telephone: (734) 722-2999
samuelgfirebaugh@hotmail.com


Attorneys for Plaintiff

Honigman LLP
I. W. Winsten (P30528)
Bruce L. Segal (P36703)
Suite 2290
660 Woodward Avenue
Detroit, Michigan 48226
Telephone: (313) 465-7608
iwinsten@honigman.com
bsegal@honigman.com

Attorneys for Defendants

---

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION (ECF #46) SEEKING LEAVE TO FILE A BRIEF IN RESPONSE TO DEFENDANTS' CITATION OF NEW SIXTH CIRCUIT AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS UNDER RULES 12(b)(1) AND 12(b)(6) (ECF #45) and BRIEF IN SUPPORT**

Defendants, by their attorneys, Honigman LLP, for their response to Plaintiff's Motion (ECF #46) Seeking Leave to File a Brief in Response to Defendants' Citation of New Sixth Circuit Authority in Support of Defendants' Motion to Dismiss Under Rules 12(B)(1) And 12(B)(6) (ECF #45), say:

1.      On January 3, 2020, the United States Court of Appeals for the Sixth Circuit issued (and recommended for full-text publication) its Opinion in *Buchholz v. Meyer Njus Tanick, PA*, CA No. 18-2261 (6th Cir. Jan. 3, 2020) (the "*Buchholz* Opinion"). In the *Buchholz* Opinion, the Sixth Circuit affirmed the Western District court's decision in *Buchholz v. Meyer Njus Tanick, PA*, case no. 1:18-cv-607 (W.D. Mich. Sept. 27, 2018), a case that Defendants previously submitted to this Court as supplemental authority. (*See* ECF No. 23).

2.      On January 10, 2020, Defendants advised the Court of the *Buchholz* Opinion and explained its significance to this action in Defendants' Citation of New Sixth Circuit Authority in Support of Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6). (*See* ECF #45.)

3.      On January 16, 2020, Plaintiff filed the instant motion ("Plaintiff's Motion").

4.      While Defendants disagree with the reasons proffered by Plaintiff for seeking leave to file a 15-page response brief, they have no objection to Plaintiff filing a response brief of up to 15 pages, as long as Defendants are permitted to file

a 7-page reply.  This will give Defendants a total of 13 pages (when combined with the six pages in Defendants' Citation of New Sixth Circuit Authority) as compared to Plaintiff's 15 pages.  Fundamental fairness dictates that Defendants be permitted to reply to Plaintiff's forthcoming response, particularly since he accuses Defendants of yet-to-be-identified "errors, incorrect arguments, and omissions" in Defendants' Citation of New Sixth Circuit Authority. (Pl.'s Mot. at 1.)

5. Defendants do object to the alternative relief that Plaintiff seeks – striking Defendants' Citation of New Sixth Circuit Authority.  The *Buchholz* Opinion is controlling and dispositive new authority, and Defendants properly brought the *Buchholz* Opinion to the Court's attention in Defendants' Citation of New Sixth Circuit Authority.

WHEREFORE, Defendants respectfully request that (1) the Court deny Plaintiff's request to strike Defendants' Citation of New Sixth Circuit Authority, and (2) if the Court permits Plaintiff to file a response to Defendants' Citation of New Sixth Circuit Authority, that Defendants be permitted to file a 7-page reply within 14 days after receipt of Plaintiff's response.

January 17, 2020                         Respectfully submitted,

                                        Honigman LLP
                                        Attorneys for Defendants

                                        By:    /s/ Bruce L. Segal
                                               I. W. Winsten (P30528)
                                               Bruce L. Segal (P36703)

CERTIFICATE OF SERVICE

I certify that on January 17, 2020, I electronically filed the preceding paper with the Clerk of the Court using the ECF system, which will send notification of the filing to all ECF participants, and I certify that I have mailed the preceding paper by United States Postal Service to the following non-ECF participants: None.

Honigman LLP
Attorneys for Defendants

By:   /s/ Bruce L. Segal
      I. W. Winsten (P30528)
      Bruce L. Segal (P36703)
      Suite 2290
      660 Woodward Avenue
      Detroit, Michigan 48226
      Telephone: (313) 465-7608
      iwinsten@honigman.com
      bsegal@honigman.com

33492836.2