UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Southern Division

Freddie Garland, individually and on behalf of
all others similarly situated,

    Case No. 2:18-cv-11561

    *Plaintiff*,

    HON. DENISE PAGE HOOD

v.

Orlans PC, Linda Orlans, and Alison Orlans,

    *Defendants*.
_____/

| | |
|---|---|
| Andrew J. McGuinness (P42074) | I. W. Winsten (P30528) |
| ANDREW J. MCGUINNESS, ESQ. | Bruce L. Segal (P36703) |
| 122 S Main St, Suite 118 | HONIGMAN LLP |
| P O Box 7711 | 660 Woodward Ave, Ste 2290 |
| Ann Arbor, MI  48107 | Detroit,  MI 48226 |
| Phone: (734) 274-9374 | Phone: (313) 465-7608 |
| drewmcg@topclasslaw.com | iwinsten@honigman.com |
| | bsegal@honigman.com |
| Samuel G. Firebaugh (P34276) | |
| FIREBAUGH & ANDREWS PLLC | *Attorneys for Defendants* |
| 38545 Ford Rd, Ste 104 | |
| Westland, MI  48185 | |
| Phone: (734) 722-2999 | |
| samuelgfirebaugh@hotmail.com | |

*Attorneys for Plaintiff and the Proposed Class*

**ORDER GRANTING PLAINTIFF'S MOTION FOR
LEAVE TO FILE SECOND SUPPLEMENTAL BRIEF**

The Court having Reviewed Plaintiff's Motion for Leave to File Second Supplemental Brief, Or In The Alternative To Strike Defendants' Citation of

Supplemental Authority, and Brief in Support (ECF #46); Defendants' Response (ECF #47); and the Court being otherwise advised in the premises:

IT IS HEREBY ORDERED that,

1. Plaintiff's Motion For Leave to File Second Supplemental Brief is GRANTED.

2. Within two weeks after the entry of this Order, Plaintiff shall file a Second Supplemental Brief in Opposition to Defendants' Motion To Dismiss, which shall address Defendants' Citation of Supplemental Authority and the arguments advanced therein. Plaintiff's Second Supplemental Brief shall not exceed 15 pages.

3. No further briefing shall be permitted.

Dated: January 29, 2020    s/Denise Page Hood
                          U.S. District Court Judge