# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

FREDDIE GARLAND,
Individually and on behalf
of all others similarly situated,

        Plaintiffs,

v.

        CASE NO. 18-11561
        HON. DENISE PAGE HOOD

ORLANS PC, LINDA ORLANS,
and ALISON ORLANS,

        Defendants.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on May 19, 2020, this cause of action is **DISMISSED**.

Dated at Detroit, Michigan this day of May 19, 2020.

        DAVID J. WEAVER
        CLERK OF THE COURT

        BY: s/LaShawn Saulsberry

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE